**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 14-23316 |
|     Reuben Maxwell | * | |
| | * | CHAPTER 13 |
|     Debtor | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXTENSION OF DEADLINE FOR FILING MISSING DOCUMENTS**

Now comes the Debtor, by his undersigned attorney, and requests that this Honorable Court grant an extension of time for the Debtor to file the Chapter 13 Plan, Statement of Financial Affairs, Form 22, Summary of Schedules and Schedules A through J in the above-referenced case and in support thereof states the following:

1. That the Debtor filed a bare bones petition on August 25, 2014.

2. That the Court set a deadline for filing the Missing Documents on September 8, 2014.

3. That the Debtor needs additional time to collect the information necessary to complete his required filings.

**WHEREFORE,** the Debtor hereby requests that this Honorable Court grant an extension to file the missing documents in the above-referenced matter.

   /s/ Michael Coyle, Esq.
Michael Coyle, #16202
Chaifetz & Coyle, PC
7164 Columbia Gateway Drive, Suite 205
Columbia, MD 21046
(443) 546-4608
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September, 2014 a copy of the Motion for Extension of Deadline for filing the missing documents in the above-captioned matter was served electronically upon the Chapter 13 Trustee.

/s/ Michael Coyle, Esq.
Michael Coyle, #16202

**IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 14-23316 |
|     Reuben Maxwell | * | |
| | * | CHAPTER 13 |
|     Debtor | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER ON DEBTOR'S MOTION TO EXTEND
TIME FOR FILING MISSING DOCUMENTS**

Debtor's Motion for Extension of Deadline to File Missing Documents is GRANTED and the deadline is extended to the date listed above.

Cc:
Chapter 13 Trustee
Debtor
Debtor's Attorney

**END OF ORDER**

**Page 1 of 1**