IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

)
**REUBEN MAXWELL,**
   Petitioner,

VS-           )   Case No: 1423316-DER, CHAPTER 13

**RENT COURT AGENTS,LLC**
   Defendants et. al
_____)

### RULE 27 MOTION FOR RECONSIDERAGTION

NOW COMES, Petitioner in the above entitled action, Reuben Maxwell, who Respectfully filing this Rule 27 Motion asking the Honourable assigned judge to reconsider its Order and Dismissal of petitioner's Case dated on October 10, 2014 because;

On August 10, 2014 and September 7, 2014, petitioner had given his attorney Mr. Cayle the required papers to supplement it to the court.

During papers transaction to Attorney Mr. Cayle, he had mentioned that he is moving his office from present location to another location without providing me an address to meet with him about the chapter 13 case.

Since September 8, 2014, Petitioner Maxwell is calling Mr. Cayle's phone regarding filing of the papers without succeeding. Petitioner sent E-mail to Mr. Cayle but no reply from him. I just do not know what happen to him.

WHEREFORE, Mr. Maxwell MOVES the Court to Reconsider it Order and grant him 20 days to supplement the papers to the Court for further reviewing.

It is so this 17 day of October 2014.

                Respectfully submitted

                Reuben Maxwell, pro s



CERETIFICATE OF SERVICES

_____

I, REUBEN MAXWELL HEREBY SWEARS: under the penalty of perjury pursuant to

28 U.S.C.1746 that a true copy of the Rule 7 Motion for Reconsideration placed this 17 day of October 2014 in Mail Box located at 8637 Lucerne Rd. first class mail addressed to the Clerk of the court ,

*[signature]*
Reuben Maxwell, pro Se
8637 Lucerne Rd.
Randallstown, MD 21133

CC:  Attorney At Law
     Mr. Cayle