IN THE UNITED STATES BANKRUPTCY COURT
FOR DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO: 14-23316 |
| Reuben Maxwell | * | |
| | * | CHAPTER 13 |
| Debtor | * | |
| | * | |

## RESPONSE TO COURT'S ORDER DIRECTING COUNSEL TO JUSTIFY FEES

Now comes undersigned and in response to the Court's Order directing him to justify his fees states as follows :

1. Undersigned and the Debtor agreed that the Debtor would pay counsel $4,500 to prosecute this Chapter 13 case.

2. Prior to the filing of this Bankruptcy case, counsel was paid $2,655.00 as attorney's fees, leaving a balance of $1,845 due.

3. This Court has issued an order directing counsel to justify the $4,500 in fees.

4. As an initial matter, undersigned is not seeking the $1,845 balance; however, counsel does maintain that he is entitled to retain $2,340 of the $2,655 that was paid prior to the filing of this case.

5. This case was filed as a skeletal petition to stop the sale of the property on which the Debtor operates his business at a foreclosure auction (the "Property")..

6. The following individuals worked on this case at the following hourly rates:

   Michael Coyle (attorney):     $375.00

   Brittany Janney (paralegal):   $90.00

7. Prior to filing the case, undersigned met with the Debtor for approximately one hour to understand his business, the amount of the arrears, and the cash flow of

the Debtor's business to determine whether a Chapter 13 case was necessary and feasible.

8. Undersigned's paralegal, Brittany Janney, then prepared the schedules with the Debtor, which resulted in Ms. Janney incurring approximately 30 minutes of time at her hourly rate.

9. Counsel then expended 30 minutes of time reviewing the skeletal petition with the Debtor, having the Debtor sign the Petition and schedules, and explaining to the Debtor what the next steps would be.

10. Subsequent to the filing, Mr. Maxwell failed to cooperate with undersigned's office in collecting the necessary documents and information to complete the schedules.[1]

11. The time expended by counsel attempting to obtain this information from the Debtor was approximately 30 minutes, and the time expended by Ms. Janney was approximately 30 minutes.

12. In addition, after the filing of the case, undersigned was contacted by a prospective purchaser of the Property. The purchaser was interested in allowing the Debtor to lease a portion of the Property with the Debtor owning that portion at the end of the lease term.

13. Undersigned expended approximately 4 hours discussing the various proposals with the purchaser, reviewing the various proposals, and discussing the various proposals with Debtor .

14. All told then, undersigned expended approximately 6 hours of time at $375 per

---

[1] Ultimately the case was dismissed for this reason. The Debtor filed a Motion to Reconsider *pro se* that materially misrepresented his communications with counsel and the efforts of undersigned's office to obtain the necessary information to complete the schedules.

hour, resulting in fees of $2250, and Ms. Janney expended 1 hour at $90 per hour.

15. Based on this time, undersigned maintains that his office is entitled to retain $2,340 of the fees paid by the Debtor prior to the filing of this case. Undersigned will refund the balance to the Debtor

**WHEREFORE,** the Debtor hereby requests that this Honorable Court permit undersigned's office t retain $2,340 of the fees paid by the Debtor prior to the filing of this case.

/s/ Michael Coyle, Esq.
Michael Coyle, #16202
The Coyle Law Group, LLC
6700 Alexander Bell Drive, Suite 200
Columbia, MD 21046
(410) 884-3180
Counsel for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2014 a copy of the Motion for Extension of Deadline for filing the missing documents in the above-captioned matter was served electronically upon the Chapter 13 Trustee and served by First Class Mail, postage prepaid the following individuals:

Kim Parker
The Law Office of Kim Parker
 2123 Maryland Avenue
Baltimore, MD 21218
.

/s/ Michael Coyle, Esq.
Michael Coyle, #16202