

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF MARYLAND
## BALTIMORE DIVISION

IN RE:                      *       CASE NO: 14-23316

        Reuben Maxwell      *

                          *       CHAPTER 13

          Debtor           *

                          *

*    *    *    *    *    *    *    *    *    *    *    *

### <u>ORDER AWARDING FEES</u>

Considering  the response of Michael Coyle of The Coyle Law Group to this Court's

Order  to Justify Fee and the evidence presented at the January 13, 2015 hearing on this matter,

and good cause having been shown, it is hereby,

**ORDERED**, by the United States Bankruptcy Court for the District of Maryland, that a

reasonable fee for Michael Coyle of The Coyle Law Group in this matter is $2,000 and he shall

be entitled to retain these amounts.  The remaining $655.00 paid to Mr. Coyle shall be returned

to Mr. Maxwell.

cc:
Debtor
Debtor's Counsel
Chapter 13 Trustee
All Interested Parties

**END OF ORDER**